# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u> HARLEY D. BARNES </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.<u>  3:98-cr-00179-03-JWS </u>

<u> Pam Richter </u>

PROCEEDINGS: **CLERK'S NOTICE**                 DATE:  June 27, 2006

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Harley D. Barnes. Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed Order for the Court's consideration on or before July 17, 2006.

[398cr179-03JWS-prop-clk-notice-passport-return.wpd]{CLERKNOT.WPD*Rev.12/97}