**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>    v.    <u>HARLEY D. BARNES</u>

THE HONORABLE JOHN W. SEDWICK   CASE NO.   <u>3:98-cr-00179-03-JWS</u>

<u>Deputy Clerk</u>                <u>Official Recorder</u>

<u>Pam Richter</u>                _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

_____

        On June 27, 2006, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration by July 17, 2006.
        No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.


                                ENTERED AT JUDGE'S DIRECTION
DATE:_July 24, 2006___           INITIALS:__prr__
                                        Deputy Clerk


[FORMS*IA*]