IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
v.                          )
                            )
HARLEY D. BARNES,           )
                            )
            Defendant.      )
_____ )   Case No. 3:98-CR-00179–03-JWS

### NON-OPPOSED MOTION ON SHORTENED TIME
### FOR RETURN OF PASSPORT

Comes Now, Harley D. Barnes, by and through his attorney, Rex Lamont Butler & Associates, Inc., and, pursuant to LcrR 47.1, LR 7.1, and LR 7.2( c), respectfully moves for an order requiring the return of his passport to him. This motion is based on the following considerations:

Pursuant to this Court's order, Barnes surrendered his passport to this Court as a condition of his release pending trial. All proceedings in this case have now concluded.

On June 27, 2006, the parties were advised by this Court that it continued to possess Barnes' passport. This Court instructed Barnes to file a motion for the return of the passport along with an appropriate order. However, due to inadvertence, Barnes failed to file a responsive motion.

On July 24, 2006, This Court entered an order stating: "No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after the entry of this order."

Barnes desires the return of his passport and requests this Court to order the Finance Office to mail it to him in care of the undersigned attorney.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Barnes; Motion For Return Of Passport.**
Page 1

The return of the passport is appropriate. This Court originally required Barnes to surrender his passport in order the ensure his presence at trial. Since all proceedings in Barnes' case have been concluded, there is no longer any reason that Barnes should not possess his passport.

Barnes respectfully requests this Court to rule on shortened time. The aforementioned order requires the destruction of Barnes' passport on August 3, 2006. In normal pleadings practice is followed, the passport will be destroyed before this Court has an opportunity to rule on Barnes' motion. Lest this matter be rendered moot, Barnes requests a decision no later than August 2, 2006.

On July 25, 2006, the undersigned counsel's paralegal contacted Stephen Collins and Mr. Collins was non-opposed this motion and it's being considered under shortened time. Accordingly, Barnes respectfully moves, on shortened time, for an order requiring the return of his passport to him. This motion is supported by counsel's Declaration.

Respectfully dated this 25th day of July, 2006 in Anchorage, Alaska.

> /s/ Rex Lamont Butler
> 745 W. 4th Avenue Suite 300
> Anchorage, Alaska 99501
> (907) 272-1497
> (907) 276-3306
> lawoffices@gci.net
> ABN: 8310105

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of July 2006, in Anchorage, Alaska.

> /s/ Rex Lamont Butler
> 745 W. 4th Avenue Suite 300
> Anchorage, Alaska, 99501
> (907) 272-1497
> (907) 276-3306
> lawoffices@gci.net
> ABN: 8310105

Certificate of Service:

**United States v. Barnes; Motion For Return Of Passport.**

I hereby certify a true and accurate copy
of the foregoing instrument was served via
electronic filing to Stephen Collins,
Assistant U.S. Attorney
222. W. 7th Avenue, #9, Room 253
Anchorage, Alaska, 99513-7567 on this
25th day of July, 2006.

/s/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)