IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                        Plaintiff,        )<br>v.                                                      )<br>                                                         )<br>HARLEY D. BARNES,                     )<br>                                                         )<br>                        Defendant.    )<br>_____ ) | Case No. 3:98-CR-00179-03-JWS |

**ORDER GRANTING**
**NON-OPPOSED MOTION ON SHORTENED TIME**

For Good Cause Shown, it is hereby ordered that Barnes' Non-Opposed Motion On Shortened Time For Return Of Passport is Granted / Denied. The Motion Shall / Shall Not be heard on Shortened Time.

DATED this ____day of _____, 2006 in Anchorage, Alaska.

_____
U.S. District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Barnes; Order Granting**
**Motion Be Heard On Shortened Time**
**For Return Of Passport.**
                                                                    Page 1