IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                         Plaintiff,         )<br>v.                                                          )<br>                                                             )<br>HARLEY D. BARNES,                       )<br>                                                             )<br>                         Defendant.    )<br>_____ ) | Case No. 3:98-CR-00179-03-JWS |

**ORDER GRANTING**
**NON-OPPOSED MOTION ON SHORTENED TIME**

For Good Cause Shown, it is hereby ordered that Barnes' Non-Opposed Motion On Shortened Time For Return Of Passport is Granted / Denied. The Motion Shall / Shall Not be heard on Shortened Time.

DATED this 26th day of July, 2006 in Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Barnes; Order Granting**
**Motion Be Heard On Shortened Time**
**For Return Of Passport.**
                                                          Page 1